IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 17-CV-268-PAB-GPG          Court Deputy: A. Barnes
Date:   April 24, 2019

BERNARDO MEDINA,
Plaintiff,

v.

CHRISTOPHER DANAHER, in his individual capacity,
JOHN/JANE DOES 1-7 OR MORE, all in their individual capacities,
Defendants.

---

### ORDER AMENDING DEADLINES
---

ORDER: Deadline for Motions pertaining to joining/addressing four potential John Does is Monday, April 22, 2019; Response Deadline is **changed to May 6, 2019**; and Reply Deadline is **changed to May 13, 2019.**